UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER E. BROWN,

    Plaintiffs,

-against-

MAX BRENNER SECOND AVENUE LLC,

    Defendants.

08-CV-05602 (GBD)

**STIPULATION**

It is hereby stipulated by and between counsel for Plaintiff, Christopher E. Brown ("Plaintiff"), and counsel for Defendant, Max Brenner Second Avenue, LLC ("Defendant"), that Defendant's deadline to answer, move or otherwise respond to Plaintiff's complaint dated June 20, 2008, shall be extended to August 25, 2008.

Dated:  New York, New York
        June 26, 2008

KU & MUSSMAN, P.A.
*Attorneys for Plaintiff*

By: _____
Allan J.P. Rooney (AR-6406)
10 East 40th Street, 43rd Floor
New York, NY 10165

FOX ROTHSCHILD LLP
*Attorneys for Defendant*

By: _____
Carolyn Richmond (CR-0993)
100 Park Avenue
New York, NY 10017

SO ORDERED:

HON. GEORGE B. DANIELS

NY1 167972v1 06/26/08